UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 17-37118
DiAnna Harris )
  )   Chapter: 13
  )   Honorable Donald R. Cassling
  )
  )
Debtor(s) )

## ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That Section G, is modified to state: "Debtor's student loans serviced by the U.S. Department of Education are currently in deferment and the trustee shall not pay the claim filed by the U.S. Department of Education any further"

2. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 28, 2018

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625